IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL COMMUNITY PHARMACISTS ASSOCIATION, *ET AL.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>XAVIER BECERRA,<br><br>    *Defendant*. | Civ. No. 21-cv-00131-ABJ |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby provide notice of dismissal of the above-referenced matter. The dismissal is without prejudice.

Date: June 9, 2022

Respectfully submitted,

/s/ Robert T. Smith
Howard R. Rubin (D.C. Bar No. 454226)
Robert T. Smith (D.C. Bar No. 996033)
KATTEN MUCHIN ROSENMAN LLP
2900 K Street, NW – Suite 200
Washington, DC 20007
Tel.: 202-625-3500
robert.smith1@katten.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing document to be filed on June 9, 2022, with the Clerk of the Court for the United States District Court for the District of Columbia using the Court's electronic filing system, which will send a notice of electronic filing to all attorneys appearing in this matter.

/s/ Robert T. Smith
Robert T. Smith

*Counsel for Plaintiffs*